(9 Misc. Rep. 476.)

## LEES v. RITTERMANN.

(Common Pleas of New York City and County, General Term.   August 1, 1894.)

BOARDS OF HEALTH—ORDERS—ENFORCEMENT.

> To render one liable by reason of an order of the board of health, there must be legal evidence that the order was made by the board, and mere service of notice is insufficient.

Appeal from second district court.

Action by John Lees against Nathan Rittermann.   There was a judgment in favor of plaintiff, and defendant appeals.   Reversed.

Argued before BOOKSTAVER and BISCHOFF, JJ.

C. Cohn, for appellant.

John Callahan, for respondent.

PER CURIAM.   If it is sought to make a party liable by reason of an order of the board of health, there must be legal evidence of the making of such order by that board.   The mere service of notice is no legal proof of the action of the board.   No other proof than the service of notice was offered in this action, which is not sufficient in this case to make the appellant liable to do the work required by the board.   For this reason the judgment must be reversed, and a new trial ordered, with costs to the appellant, to abide the event.